Argued and submitted December 30, 1985, affirmed March 12, 1986

JOHN E. REINHARDT PLUMBING, INC.,
*Appellant,*

*v.*

NORRIS et al,
*Defendants,*

IWASAKI et ux,
*Respondents.*

(83-1425; CA A34236)

714 P2d 1118

Kaye D. Brand, McMinnville, argued the cause for appellants. With him on the brief was Craig, Brand & Lake, McMinnville.

Arnold Lee Gray, Portland, argued the cause for respondents. With him on the brief was Stoel, Rives, Boley, Fraser & Wyse, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Plaintiff, a subcontractor, seeks to recover from defendants Iwasaki on a theory of unjust enrichment for amounts that it alleges it was not paid by the general contractor for work done on the Iwasakis' residence. Defendants moved for summary judgment (supported by an affidavit) on plaintiff's amended complaint. Plaintiff's answering affidavit did not show any material issue of fact which would support its claim of unjust enrichment, and there was no error in granting the motion.

Affirmed.